United States District Court
Southern District of Texas
**ENTERED**
August 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JULIAN GALVAN SILVAS, JR., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:22-CV-0070 |
| | § |
| DOCTOR VILLEREAL, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 42). The M&R recommends that the Court dismiss Plaintiff Julian Silvas's amended complaint (D.E. 32) without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failing to comply with Court orders. (D.E. 42). The parties were provided proper notice of, and the opportunity to object to, the M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff filed what appears as, and what the Court liberally construes as, objections to the M&R. (D.E. 44).

Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 363(b)(1), the Court **OVERRULES** Plaintiff's objections. (D.E. 44). Accordingly, the Court **ADOPTS** the M&R in its entirety. (D.E. 42). The Court **DISMISSES without prejudice** Plaintiff's

1/2

amended complaint pursuant to Federal Rule of Civil Procedure 41(b) for failing to comply with Court orders. (D.E. 32). The Clerk of Court is **ORDERED** to close this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, TX
August 24, 2022